**STATE of Missouri, Respondent,**

v.

**Roy Elrico DOWDY III, Appellant.**

**WD 78367**

Missouri Court of Appeals, Western District.

ORDER FILED: AUGUST 23, 2016

Attorneys: Nathan Jeremy Aquino, Jefferson City, MO, Counsel for Respondent

Attorneys: Margaret Mueller Johnston, Columbia, MO, Counsel for Appellant

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

**ORDER**

Per Curiam:

Roy Elrico Dowdy III appeals from a judgment entered upon a jury verdict convicting him of first degree robbery pursuant to Section 569.020, RSMo 2000, and armed criminal action pursuant to Section

571.015, RSMo 2000. We affirm. Rule 30.25(b).